IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:11cv321-WHA-TFM |
| ) | |
| TONY PATTERSON, *et al.*, ) | (WO) |
| ) | |
| Defendants. ) | |

**ORDER**

On September 11, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 22). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is hereby ADOPTED, the petition for habeas corpus relief is DENIED, and this case is hereby DISMISSED with prejudice.

DONE this 30th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE