IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:11cv321-WHA-TFM |
| ) | |
| TONY PATTERSON, *et al.*, ) | (WO) |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the Respondents and against the Petitioner and this action is dismissed with prejudice.

The Clerk is directed to enter this document on the civil document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 30th day of September, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE