IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM BAILEY, IV, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 1:11-cv-321-WHA |
| ) | |
| TONY PATTERSON, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #22), entered on September 11, 2014, and the Petitioner's Objection thereto (Doc. #25).

Following an independent evaluation and *de novo* review of the entire file in this case, the court finds the objection to be without merit.  The Petitioner merely objects with conclusory statements to the Magistrate Judge's determination in various paragraphs in the Recommendation.  The court finds all of these objections to have been appropriately considered in the Recommendation, and the court agrees with the conclusions of the Magistrate Judge. Therefore, it is hereby

ORDERED that Petitioner's objection is OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and this petition for habeas corpus relief is DENIED.

It is further ORDERED that this case is DISMISSED with prejudice.

DONE this 17th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE